## Commonwealth ex rel. Lawrence, Appellant, v. Myers.

Submitted May 24, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Charlie Lawrence*, appellant, in propria persona.

*Lewis H. Markowitz*, Assistant District Attorney, and *Daniel W. Shoemaker*, District Attorney, for appellee.

OPINION PER CURIAM, September 29, 1965:

Petitioner challenges his 1958 conviction in reliance on the decisions in *Escobedo v. Illinois*, 378 U.S. 478, 84 S. Ct. 1758 (1964), and *Mallory v. United States*, 354 U.S. 449, 77 S. Ct. 1356 (1957).

Having concluded in *Commonwealth v. Negri*, 419 Pa. 117, 213 A. 2d 670 (1965), that the mandate of *Escobedo* is not to be given retrospective application, *Negri* is here controlling. We find no merit in petitioner's remaining contention. See *Commonwealth ex rel. Sleighter v. Banmiller*, 392 Pa. 133, 139 A. 2d 918 (1958).*

Order affirmed.

Mr. Justice COHEN dissents.

---

\* Cf. *Culombe v. Connecticut*, 367 U.S. 568, 81 S. Ct. 1860 (1961) ; *Gallegos v. Nebraska*, 342 U.S. 55, 72 S. Ct. 141 (1951).